**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

MATTHEW P. PLOUFFE and
COMMONWEALTH SECOND
AMENDMENT, INC.

                              Plaintiffs

-against-                                     CIVIL ACTION NO. 1:13-cv-12322-RGS

ROBERT L. MACDONALD,
in his Official Capacity as
Chief of the Dighton Police Department,
                              Defendant
_____

**JOINT SCHEDULING CONFERENCE STATEMENT**

Pursuant to Local Rule 16.1, counsel for the parties have conferred and now submit this  Joint
Scheduling Conference Statement pursuant to an Order of this Honorable Court entered
November 28, 2013.

**Proposed Pretrial Schedule**

This case was filed on September 20, 2013.  A Motion to Dismiss was filed by the Defendants on
October 16, 2013.  Counsel accordingly propose the following pretrial schedule:

1. AMENDMENT OF PLEADINGS to be completed by June 1, 2014.

2. INITIAL DISCLOSURES required by Fed. R. Civ. P. 26(a)(1) to be completed  by January 1,
2014.

3. FACT DISCOVERY, including service of and responses to written discovery requests and all
depositions, to be completed by August 1, 2014.

4. EXPERT DISCOVERY

        a. Plaintiff's trial experts designated and information required by Fed. R.  Civ. P. 26(a)(2)
        disclosed by September 1, 2014.

        b. Defendants' trial experts designated and information required by Fed. R.  Civ. P.
        26(a)(2) disclosed by October 1, 2014.

        c. Expert depositions concluded by November 1, 2014.

5. DISPOSITIVE MOTIONS

   a. Dispositive motions filed by <u>October 15, 2014.</u>

   b. Oppositions to dispositive motions filed by <u>November 15, 2014</u>.

6. CASE MANAGEMENT AND PRETRIAL CONFERENCES on dates to be determined by the Court.


<u>/s/Matthew J. Costa</u>                          <u>/s/ Matthew P. Trask</u>
Matthew J. Costa, Esq.                      Matthew P. Trask, Esq.
BBO #:  669762                              BBO #: 673733
GAY & GAY, P.C.                             KELSEY & TRASK, P.C.
73 Washington Street                        160 Speen Street | Suite 202
P.O. Box 988                                Framingham, MA 01701
Taunton, MA 02780                           508.655.5980
(508) 822-2071                              mtrask@kelseytrask.com
matthew@ggflaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 9, 2013, this document was filed electronically through the Court's CM/ECF system and thereby delivered by electronic means to all counsel of record.

                                            <u>/s/ Matthew P. Trask</u>