**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

MATTHEW P. PLOUFFE and
COMMONWEALTH SECOND
AMENDMENT, INC.

                                        Plaintiffs

-against-                               CIVIL ACTION NO. 1:13-cv-12322-RGS

ROBERT L. MACDONALD,
in his Official Capacity as
Chief of the Dighton Police Department,
                                        Defendant

_____


**STIPULATION OF DISMISSAL**


The Plaintiffs in the above-entitled action, by and through Matthew P. Trask, Esq., their attorney, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby says as follows:

The Plaintiffs, **Matthew P. Plouffe and Commonwealth Second Amendment, Inc.**, hereby request to this Honorable Court that their **Complaint** filed by the Plaintiffs in United States District Court, District of Massachusetts, containing no counterclaims by the Defendant, shall be **DISMISSED** as to all claims against the Defendants.

Dated: December 12, 2013


/s/Matthew J. Costa                     /s/ Matthew P. Trask
Matthew J. Costa, Esq.                  Matthew P. Trask, Esq.
BBO #:  669762                          BBO #: 673733
GAY & GAY, P.C.                         KELSEY & TRASK, P.C.
73 Washington Street                    160 Speen Street | Suite 202
P.O. Box 988                            Framingham, MA 01701
Taunton, MA 02780                       508.655.5980
(508) 822-2071                          mtrask@kelseytrask.com
matthew@ggflaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 12, 2013, this document was filed electronically through the Court's CM/ECF system and thereby delivered by electronic means to all counsel of record.

/s/ Matthew P. Trask