**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

MATTHEW P. PLOUFFE and
COMMONWEALTH SECOND
AMENDMENT, INC.

                              Plaintiffs

-against-                                    CIVIL ACTION NO. 1:13-cv-12322-RGS

ROBERT L. MACDONALD,
in his Official Capacity as
Chief of the Dighton Police Department,
                              Defendant

---

**STIPULATION OF DISMISSAL**

The Plaintiffs in the above-entitled action, by and through Matthew P. Trask, Esq., their attorney, and pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby says as follows:

The Plaintiffs, **Matthew P. Plouffe and Commonwealth Second Amendment, Inc.**, hereby request to this Honorable Court that their **Complaint** filed by the Plaintiffs in United States District Court, District of Massachusetts, containing no counterclaims by the Defendant, shall be **DISMISSED** as to all claims against the Defendants.

Dated: December 12, 2013

| | |
|---|---|
| /s/Matthew J. Costa | /s/ Matthew P. Trask |
| Matthew J. Costa, Esq. | Matthew P. Trask, Esq. |
| BBO #: 669762 | BBO #: 673733 |
| GAY & GAY, P.C. | KELSEY & TRASK, P.C. |
| 73 Washington Street | 160 Speen Street | Suite 202 |
| P.O. Box 988 | Framingham, MA 01701 |
| Taunton, MA 02780 | 508.655.5980 |
| (508) 822-2071 | mtrask@kelseytrask.com |
| matthew@ggflaw.com | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 12, 2013, this document was filed electronically through the Court's CM/ECF system and thereby delivered by electronic means to all counsel of record.

/s/ Matthew P. Trask